IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICKY KING,

   Plaintiff,

vs.

GRADY HEALTH SYSTEM,

   Defendant.

CIVIL ACTION NO.
1:09-CV-0794-CC

## **ORDER**

On June 16, 2009, Magistrate Judge Alan J. Baverman issued a Final Report and Recommendation (hereinafter the "Report" or the "Magistrate Judge's Report") in the above-styled matter recommending that the instant action be dismissed due to Plaintiff's failure to comply with lawful Court orders. The docket reflects that no timely objections to the Report have been filed.

The Court, having conducted a plain error review in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), finds that the Report is correct both in fact and in law. The Court hereby **ADOPTS** the Magistrate Judge's Report as the decision of this Court. For the reasons stated by the Magistrate Judge, the Court **DISMISSES** this action.

The Clerk of Court is **INSTRUCTED** to close this case.

SO ORDERED this 14th day of August, 2009.

*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE