**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

VICKY KING,

                    Plaintiff(s)

vs.

GRADY HEALTH SYSTEMS,

                    Defendant(s)

CIVIL ACTION FILE

NO. 1:09-cv-794-CC

## J U D G M E N T

This action having come before the court, Clarence Cooper, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED** for want of prosecution and failure to comply with a court order.

Dated at Atlanta, Georgia this 14th day of August, 2009.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                    By:  /s/ Traci Clements-Campbell
                          Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    August 17, 2009
James N. Hatten
Clerk of Court

By: /s/ Traci Clements-Campbell
          Deputy Clerk